**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Robert Charles Kennedy,

Plaintiff,

v.

Commissioner of Social Security Administration,

Defendant.

No. CV-25-00408-TUC-RM

**ORDER**

On August 20, 2026, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") (Doc. 25), recommending that this Court reverse the final decision of the Commissioner of Social Security and remand to the Commissioner for further consideration. No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error

unobjected-to portions of Report and Recommendation).

The Court has reviewed Magistrate Judge Markovich's R&R, the parties' briefs, and the record. The Court finds no clear error in Magistrate Judge Markovich's conclusion that the Administrative Law Judge ("ALJ") failed to provide clear and convincing reasons for rejecting Plaintiff's symptom testimony. The ALJ's error affected the determination of Plaintiff's residual functional capacity and the vocational expert's testimony concerning jobs that Plaintiff can perform. Plaintiff testified that he requires the use of an oxygen tank during the day, and the vocational expert testified that having an oxygen tank would eliminate the identified jobs. (AR 43, 55.) Accordingly, the error was not harmless. *See Leach v. Kijakazi*, 70 F.4th 1251, 1255 (9th Cir. 2023) (harmless error is error that was ““"inconsequential to the ultimate nondisability determination"). The Court agrees with Magistrate Judge Markovich's conclusion that remand for further proceedings is the appropriate remedy.

**IT IS ORDERED** that the Report and Recommendation (Doc. 25) is **accepted and adopted**.

**IT IS FURTHER ORDERED** that **the final decision of the Commissioner of Social Security is reversed, and this matter is remanded for further proceedings.** The Clerk of Court is directed to enter judgment in favor of Plaintiff and close this case.

Dated this 28th day of September, 2026.

Honorable Rosemary Márquez
United States District Judge